IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ARTRELL REED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: |
| v. | ) | |
| | ) | |
| LUTHERAN SENIOR SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §1441 *et seq.*, Defendant Lutheran Senior Services ("LSS") hereby removes the above-entitled case from the Twenty-First Judicial Circuit Court of Saint Louis County, Missouri, to the United States District Court for the Eastern District of Missouri. In support of this Notice, LSS states as follows:

1. On September 19, 2018, Plaintiff commenced a civil action denominated as *Artrell Reed v. Lutheran Senior Services*, Case No. 18SL-CC03403 ("Petition") in the Twenty-First Judicial Circuit Court of Saint Louis County, Missouri. LSS attaches a copy of Plaintiff's Petition as Exhibit A. These papers constitute all process, pleadings, and orders served.

2. On September 27, 2018, Plaintiff served LSS with the Petition. Pursuant to 28 U.S.C. §1446(b), LSS timely files this Notice of Removal within 30 days after service of the Petition on LSS.

3. Plaintiff's Petition brings a claim against LSS pursuant to the Family and Medical Leave Act ("FMLA"), 29 U.S.C. § 2601 *et seq*.

4. Pursuant to 28 U.S.C. §1331, this Court has original jurisdiction over Plaintiff's FMLA claim. Therefore, Plaintiff's FMLA claim is removable pursuant to 28 U.S.C. §1441(a).

SLC-8782343-1

5.      The United States District Court for the Eastern District of Missouri is the appropriate venue for removal of Plaintiff's state court action pursuant to 28 U.S.C. § 1441, which permits any civil action brought in any state court in which the District Courts of the United States have original jurisdiction to be removed to the District Court of the United States for the district and division embracing the place where the state court action is pending.

6.      LSS reserves the right to amend or supplement this Notice of Removal.

7.      By filing this Notice of Removal, LSS does not waive any defenses that may be available.

8.      Upon filing this Notice of Removal, LSS will provide written notice to Plaintiff and file a copy of this Notice of Removal with the Clerk of the Twenty-First Judicial Circuit Court of Saint Louis County, Missouri.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: /s/ Kaytlin E. Kopen
     Kate M. Leveque, Bar # 58822MO
     Kaytlin E. Kopen, Bar # 67437MO
     190 Carondelet Plaza, Suite 600
     St. Louis, Missouri 63105
     Telephone:  (314) 480-1500
     Facsimile:  (314) 480-1505
     kate.leveque@huschblackwell.com
     kayt.kopen@huschblackwell.com

*Attorneys for Defendant*

2

SLC-8782343-1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies the foregoing was filed via the Court's CM/ECF System on this 26th day of October, 2018, and served via Federal Express upon:

Artrell Reed
1643 Hurstborough Manor Drive
Hazelwood, Missouri 63042
Telephone: (314) 616-4567

*Plaintiff Pro Se*

        /s/ Kaytlin E. Kopen

3

SLC-8782343-1